# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
  vs. ) Case No.: 2:11-cr-00235-GMN-CWH
)
ERIK MARSHALL, ) **ORDER EXTENDING TIME**
)
          Defendant. )
)

        On April 8, 2013, this Court entered an Order granting the Federal Public Defender's Motion for Pre-Sentencing Psychiatric and Psychological Evaluation of Defendant, Erik Marshall. (ECF No. 50.)

        On May 29, 2013, a letter from Warden L. R. Thomas at the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California, was received and filed **UNDER SEAL**, requesting a 15-day extension of time for psychology staff to complete their evaluation.

        Accordingly,

        **IT IS HEREBY ORDERED** that Warden L. R. Thomas' request for a 15-day extension of time for psychology staff to complete their evaluation of the Defendant, Erik Marshall, is hereby **GRANTED**, with said evaluation to be completed by **July 8, 2013**.

        **IT IS FURTHER ORDERED** that the commitment for the evaluation of the Defendant, Erik Marshall, shall commence upon the defendant's arrival at the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California. Defendant's arrival at the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California, was May 24, 2013.

        **IT IS FURTHER ORDERED** that the Federal Bureau of Prisons, Metropolitan

Detention Center, in Los Angeles, California, shall provide its report to this Court **on or before July 29, 2013**.

   **IT IS FURTHER ORDERED** that all other orders contained in this Court's April 8, 2013 Order (ECF No. 50) shall remain in full force and effect, and a copy of said Order (ECF No. 50) will be faxed by Judge Navarro's Judicial Assistant, Pamela Ellison, together with this Order Extending Time, to Warden Thomas at the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California.

   **DATED** this 17th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge